UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIP LANIER, Individually and On Behalf of All Others Similarly Situated,<br><br>v.<br><br>APACHE CORP. | Case No.: 4:17-cv-01734<br>Collective Action<br><br>Judge Gray H. Miller |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on to be reviewed the Parties' joint stipulation of dismissal without prejudice. Having reviewed the stipulation, the Court orders this case be DISMISSED WITHOUT PREJUDICE.

__Feb 9 2018__
Date

_____
Gray H. Miller
United States District Judge